# EXHIBIT B

Court File History

Page 1

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

**Case Title: RANDALL CUNNINGHAM ET AL. -VS- SMARTE INC**

Assigned Location: 2018    Legal Status: ACTIVE    Initiating Agency: CLERKS OFFICE

-----------------------------------------------------------------------------------------------------------Parties-----------------------------------------------------------------------------------------------------------

**Name: SMARTE INC**

   Role: FIRST-NAMED DEFENDANT

**Name: RANDALL CUNNINGHAM**

   Role: FIRST-NAMED PLAINTIFF

**Name: ISABEL SIPPO-STOCKMAN**

   Role: PLAINTIFF

**Name: KUAWANDA RAGLAND**

   Role: PLAINTIFF

**Name: SRUTI BHAUMIK**

   Role: PLAINTIFF

**Name: ANDERSON & WANCA**

   Role: Attorney Of RecordANDERSON & WANCA

   Address: 3701 ALGONQUIN RD

STE 500

ROLLING MEADOWS    IL    60008

**Name: THOMSON REUTERS**

   Role: Attorney Of RecordTHOMSON REUTERS

   Address: 610 OPPERMAN DRIVE

D5-S521

EAGAN    MN    55123

**Name: THOMSON REUTERS**

   Role: Attorney Of RecordTHOMSON REUTERS

   Address: 610 OPPERMAN DRIVE

D5-S521

EAGAN    MN    55123

**Name: ICE MILLER LLP  -  CHICAGO OFFICE**

   Role: Attorney Of RecordICE MILLER LLP  -  CHICAGO OFFICE

   Address: 200 W. MADISON STREET

SUITE 3500

CHICAGO    IL    60606

**Name: COURTHOUSE NEWS SERVICE**

   Role: Attorney Of RecordCOURTHOUSE NEWS SERVICE

   Address: 30 NORTH RAYMOND AVENUE

SUITE 310

Court File History

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

PASADENA    CA    91103

**Name: SONJA NORDSTROM**

  Role: Attorney Of RecordSONJA NORDSTROM

  Address: 511 RICHMOND HILL DRIVE

GENESEO    IL    61254

**Name: CLARK HILL PLC**

  Role: Attorney Of RecordCLARK HILL PLC

  Address: 130 E RANDOLPH ST

SUITE 3900

CHICAGO    IL    60601

------------------------------------------------------------------------------------------------------------Count Number: 0001------------------------------------------------------------------------------------------------------------

Type of Case: LA0030    TORT - WRONGFUL ACT

Issuing Agency: CLERKS OFFICE    Status: ACTIVE


**12/12/2025 10210  PLAINTIFF**

  First Name: ISABEL    Last Name: SIPPO-STOCKMAN

**12/12/2025 10210  PLAINTIFF**

  First Name: KUAWANDA    Last Name: RAGLAND

**12/12/2025 10210  PLAINTIFF**

  First Name: SRUTI    Last Name: BHAUMIK

**12/12/2025 10100  FIRST-NAMED DEFENDANT**

  Last Name: SMARTE INC

**12/12/2025 10200  FIRST-NAMED PLAINTIFF**

  First Name: RANDALL    Last Name: CUNNINGHAM

**12/12/2025 700210 CIVIL COUNT**

**12/12/2025 2140  ORIGINAL LOCATION ASSIGNMENT**

  New Location: 2018

**12/12/2025 5195  APPEARANCE**

  For: RANDALL CUNNINGHAM

**12/12/2025 5350  COMPLAINT**

**12/12/2025 4181  CIVIL CASE FILING ASSESSMENT**

**12/12/2025 113  CASE MGMT CONFERENCE INITIAL SETTING**

  Court Date: 03/11/2026    Court Location: 2018    Court Time: 9:00 AM    Purpose Code: CASE MANAGEMENT

**12/12/2025 10320  ATTORNEY OF RECORD**

  Attorney: ANDERSON & WANCA

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

Court File History

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

First Name: BRIAN    Middle Name: J.    Last Name: WANCA    ARDC #: 3126474

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: WALLACE    Last Name: SOLBERG    ARDC #: 6192543

**12/12/2025 10350  EFILEIL ATTY LEAD**

First Name: PATRICK    Middle Name: J    Last Name: SOLBERG    ARDC #: 6243928

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: BRIAN    Middle Name: J.    Last Name: WANCA    ARDC #: 3126474

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: WALLACE    Last Name: SOLBERG    ARDC #: 6192543

**12/12/2025 10350  EFILEIL ATTY LEAD**

First Name: PATRICK    Middle Name: J    Last Name: SOLBERG    ARDC #: 6243928

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: BRIAN    Middle Name: J.    Last Name: WANCA    ARDC #: 3126474

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: WALLACE    Last Name: SOLBERG    ARDC #: 6192543

**12/12/2025 10350  EFILEIL ATTY LEAD**

First Name: PATRICK    Middle Name: J    Last Name: SOLBERG    ARDC #: 6243928

**12/12/2025 10350  EFILEIL ATTY LEAD**

First Name: PATRICK    Middle Name: J    Last Name: SOLBERG    ARDC #: 6243928

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: BRIAN    Middle Name: J.    Last Name: WANCA    ARDC #: 3126474

**12/12/2025 10350  EFILEIL ATTY ADDITIONAL**

First Name: WALLACE    Last Name: SOLBERG    ARDC #: 6192543

**12/12/2025 10320  ATTORNEY OF RECORD**

Attorney ID: 99991

**12/12/2025 10320  ATTORNEY OF RECORD**

Attorney ID: 99991

**12/12/2025 9601   CIVIL FUND RECEIVED**

Allocated Amount: $12.50

**12/12/2025 9700   APPLICATION OF FUND**

**12/12/2025 5195   APPEARANCE**

For: ISABEL SIPPO-STOCKMAN

**12/12/2025 5195   APPEARANCE**

For: SRUTI BHAUMIK

**12/12/2025 5195   APPEARANCE**

For: KUAWANDA RAGLAND

Court File History

Page 4

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

**12/13/2025 10320  ATTORNEY OF RECORD**

Attorney ID: 225588

**12/13/2025 4177  CREDIT CARD FEE ASSESSMENT**

**12/13/2025 9300  PAYMENT RECEIVED**

Actual Amount Received: $0.00    Change Due: $0.00    Amount Allocated: $16.50    Payor Name: BART T MURPHY    Type of Payment: CREDIT CARD WEB PAYMENT    Credit Card Type: visa    Amount returned: $0.00

**12/13/2025 9601  CIVIL FUND RECEIVED**

Allocated Amount: $16.50

**12/13/2025 9700  APPLICATION OF FUND**

**12/13/2025 9700  APPLICATION OF FUND**

**12/15/2025 6610  SUMMONS ISSUED**

**12/15/2025 7900  MOTION - OTHER**

Type: - OTHER

**12/15/2025 10320  ATTORNEY OF RECORD**

Attorney ID: 99987

**12/15/2025 9601  CIVIL FUND RECEIVED -TYLER**

Allocated Amount: $348.00

**12/15/2025 9700  APPLICATION OF FUND**

**12/16/2025 10320  ATTORNEY OF RECORD**

Attorney ID: 99959

**12/17/2025 9600  FUND RECEIVED**

Allocated Amount: $12.50

**12/17/2025 9700  APPLICATION OF FUND**

**12/18/2025 9600  FUND RECEIVED**

Allocated Amount: $12.50

**12/18/2025 9700  APPLICATION OF FUND**

**12/30/2025 7660  AFFIDAVIT OF SERVICE**

Type: OF SERVICE

**01/06/2026 10320  ATTORNEY OF RECORD**

Attorney ID: 216200

**01/06/2026 4177  CREDIT CARD FEE ASSESSMENT**

**01/06/2026 9300  PAYMENT RECEIVED**

Actual Amount Received: $0.00    Change Due: $0.00    Amount Allocated: $8.50    Payor Name: KEVIN MORSE    Type of Payment: CREDIT CARD WEB PAYMENT    Credit Card Type: master    Amount returned: $0.00

**01/06/2026 9601  CIVIL FUND RECEIVED**

Allocated Amount: $8.50

Court File History

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

**01/06/2026 9700   APPLICATION OF FUND**

**01/06/2026 9700   APPLICATION OF FUND**

Court File History

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

Bill Of Costs

| Date | Code | Service Rendered | Obligor | Assessed | Applied | Due |
|---|---|---|---|---|---|---|
| 12/12/2025 | 4181 | CIVIL CASE FILING ASSESSMENT | ANDERSON & WANCA | $348.00 | $0.00 | $348.00 |
| 12/12/2025 | 4172 | COPIES ASSESSMENT | THOMSON REUTERS | $12.50 | $0.00 | $360.50 |
| 12/12/2025 | 9700 | APPLICATION OF FUND | | $0.00 | $12.50 | $348.00 |
| 12/13/2025 | 4177 | CREDIT CARD FEE ASSESSMENT | ICE MILLER LLP  -  CHICAGO OFFICE | $4.00 | $0.00 | $352.00 |
| 12/13/2025 | 4172 | COPIES ASSESSMENT | ICE MILLER LLP  -  CHICAGO OFFICE | $12.50 | $0.00 | $364.50 |
| 12/13/2025 | 9700 | APPLICATION OF FUND | | $0.00 | $12.50 | $352.00 |
| 12/13/2025 | 9700 | APPLICATION OF FUND | | $0.00 | $4.00 | $348.00 |
| 12/15/2025 | 4172 | COPIES ASSESSMENT | COURTHOUSE NEWS SERVICE | $12.50 | $0.00 | $360.50 |
| 12/15/2025 | 9700 | APPLICATION OF FUND | | $0.00 | $348.00 | $12.50 |
| 12/16/2025 | 4172 | COPIES ASSESSMENT | SONJA NORDSTROM | $12.50 | $0.00 | $25.00 |
| 12/17/2025 | 9700 | APPLICATION OF FUND | | $0.00 | $12.50 | $12.50 |
| 12/18/2025 | 9700 | APPLICATION OF FUND | | $0.00 | $12.50 | $0.00 |
| 01/06/2026 | 4172 | COPIES ASSESSMENT | CLARK HILL PLC | $4.50 | $0.00 | $4.50 |
| 01/06/2026 | 4177 | CREDIT CARD FEE ASSESSMENT | CLARK HILL PLC | $4.00 | $0.00 | $8.50 |
| 01/06/2026 | 9700 | APPLICATION OF FUND | | $0.00 | $4.50 | $4.00 |
| 01/06/2026 | 9700 | APPLICATION OF FUND | | $0.00 | $4.00 | $0.00 |
| | | | Case Total: | $410.50 | $410.50 | $0.00 |

This bill of costs reflects amounts filed after January 1, 2002. If you need a bill of costs for prior years, please contact our office.

Court File History

18th Judicial Circuit Court

Docket of CourtFile 2025LA001588

Bill Of Costs

| Obligor | Assessed | Applied | Due |
|---|---|---|---|
| CLARK HILL PLC | $8.50 | $8.50 | $0.00 |
| COURTHOUSE NEWS SERVICE | $12.50 | $12.50 | $0.00 |
| SONJA NORDSTROM | $12.50 | $12.50 | $0.00 |
| THOMSON REUTERS | $12.50 | $12.50 | $0.00 |
| ANDERSON & WANCA | $348.00 | $348.00 | $0.00 |
| ICE MILLER LLP  -  CHICAGO OFFICE | $16.50 | $16.50 | $0.00 |
| | ----------- | ----------- | ----------- |
| Case Total: | $410.50 | $410.50 | $0.00 |

This bill of costs reflects amounts filed after January 1, 2002. If you need a bill of costs for prior years, please contact our office.

SUMMONS - CIRCUIT COURT     SCR 101(d)                                                3101 (Rev. 3/24)

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DU PAGE COUNTY, ILLINOIS

RANDALL CUNNINGHAM, et al.
**PLAINTIFF**

vs

SMARTE, INC.
**DEFENDANT**

2025LA001588

**CASE NUMBER**

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 35957266
2025LA001588
FILEDATE: 12/30/2025 9:55 AM
Date Submitted: 12/30/2025 9:55 AM
Date Accepted: 12/30/2025 11:01 AM
JN

# SUMMONS
## CIRCUIT COURT

☒ ORIGINAL   ☐ ALIAS

File Stamp Here

To each defendant:  SMARTe, Inc. c/o Sanjay Gala, R.A., 20665 Acadia Ct. Cupertino, CA 95014

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of  this summons not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

You are a party to a civil matter.  Read all documents attached to this Summons.  Typically, this means you must file an official document with the court, within the time stated on this Summons, called an "Appearance" and a document called an "Answer/ Response".  Note the Answer/Response is not required for small claims and eviction cases unless ordered by the court.  If these documents are not filed on time the court may decide the case without hearing from you, and you could be held in default and lose the case.

Documents must be filed electronically with the court (e-filed), which requires an account be created with an Illinois e-filing service provider, see ilcourts.info/efiling.  If you are unable to e-file, you can obtain an exemption that allows filing in-person or by mail.

You may be charged filing fees.  If you are unable to pay them, you can file an Application for Waiver of Court Fees.  A judge will rule on your eligibility for a fee waiver.

The court may allow you to attend the first court date in this case by videoconference.  Visit 18thjudicial.org to find the Zoom link for this case on your court date.  Contact the Circuit Court Clerk's office at (630)407-8700 for more information.

Need more help? Visit ilcourthelp.gov or call/text Illinois Court Help at (833)411-1121 for information about going to court, including how to fill out legal documents. Also, free legal information and referrals are available at illinoislegalaid.org. Document forms referred to in this Summons can be found at 18thjudicial.org or ilcourts.info/forms.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al (833)411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of remote appearance.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than thirty (30) days after its date.

Date of  Service: _____

To be inserted by officer on copy left with Defendant or other person.

Name _Patrick J. Solberg/ Anderson + Wanca_   ☐ Pro Se

DuPage Attorney Number: _Firm #11575_

Attorney for: _Plaintiffs_

Address: _3701 Algonquin Road, Suite 500_

City/State/Zip: _Rolling Meadows, IL 60008_

Telephone Number: _847-368-1500_

Email: _buslit@andersonwanca.com_

WITNESS: **CANDICE ADAMS,** Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Wheaton, Illinois.

DATED: _12/15/2025 12:26 PM NK_

Clerk of the Eighteenth Judicial Circuit

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS**

(Rev 3/24)

## SUMMONS RETURN

I certify that I served this summons on defendant as follows:

☐ **(a)** Individual - personal:
By leaving a copy and a copy of the complaint with each individual personally.

☒ **(b)** Individual - abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of the family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode.

☐ **(c)** Corporate:
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation.

☐ **(d)** Other Service: _____

☐ **(e)** Unable to Serve: _____

Name of Defendant __Sanjay Gala__    Name of Defendant _____

Name of Person
Summons Given to __Aarshi Gala__    Name of Person
Summons Given to _____

Sex __F__ Race __Indian__ Approx. Age __22__    Sex _____ Race _____ Approx. Age _____

Place of Service __20665 Acadia Ct__    Place of Service _____

City/State __Cupertino CA__    City/State _____

Date of Service __12/22/25__ Time __12:39 P.M.__    Date of Service _____ Time _____

Special Process Server of __Santa Clara County__

By __[signature]__ ~~Illinois~~ License Number __1804__
California

Sheriff of _____ County

By _____ Deputy Badge Number _____

Sheriff's Fees

Service and Return ...................................................$ _____

Miles _____ ...................................................$ _____

**Total** ...................................................$ _____

*See Attached Jurat Certificate*

Documents Served: Summons, Complaint, Motion for Class Certification

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____     _____
    *Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Santa Clara__

Subscribed and sworn to (or affirmed) before me

on this __23__ day of __December__, 20__25__,
    Date     Month     Year
by

(1)__Yusuf Rashid_____

(and (2)_____ ),
    Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
    Signature of Notary Public

ERNESTO REYES
Comm. #2505513-Mfr: #NNA1
Notary Public
CALIFORNIA
Santa Clara County
My Comm. Exp. Dec 25, 2028

*Seal*
*Place Notary Seal Above*

——————————— **OPTIONAL** ———————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Summons Return__     Document Date: __12/23/2025__

Number of Pages: __2__     Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910

**IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT**
**DUPAGE COUNTY, ILLINOIS**
**LAW DIVISION**

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 35779905
2025LA001588
FILEDATE: 12/15/2025 12:29 PM
Date Submitted: 12/15/2025 12:29 PM
Date Accepted: 12/15/2025 3:42 PM
NK

|  |  |  |
|---|---|---|
| RANDALL CUNNINGHAM, ISABEL SIPPO-STOCKMAN, SRUTI BHAUMIK, and KUAWANDA RAGLAND, individually and as the representatives of a class of similarly situated persons, | ) ) ) ) ) ) | |
| | ) | Case No.: 2025LA001588 |
| Plaintiffs, | ) | Class Action |
| | ) | |
| v. | ) | |
| | ) | |
| SMARTE INC., a California corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

Plaintiffs Randall Cunningham, Isabel Sippo-Stockman, Sruti Bhaumik, and Kuawanda Ragland (collectively, "Plaintiffs"), through their attorneys, respectfully move this Court, pursuant to 735 ILCS 5/2-801, *et seq.*, to certify for class action treatment the following classes, as described in Plaintiffs' Class Action Complaint:

> **Illinois Class:** All current and former Illinois residents who are not subscribers to SMARTe's platform and whose identities are or have been used to market paid subscriptions for SMARTe's platform.

> **California Class:** All current and former California residents who are not subscribers to SMARTe's platform and whose identities are or have been used to market paid subscriptions for SMARTe's platform.

> **Alabama Class:** All current and former Alabama residents who are not subscribers to SMARTe's platform and whose identities are or have been used to market paid subscriptions for SMARTe's platform.

Excluded from the classes are SMARTE, Inc., its officers, directors, shareholders, employees, attorneys (and attorney family members), and members of the judiciary.

Plaintiffs will file a supporting Memorandum of Law in due course.

WHEREFORE, Plaintiffs pray that this Court enter an order pursuant to 735 ILCS 5/2-801 certifying for class treatment the class set forth herein.

Respectfully submitted,

Randall Cunningham, Isabel Sippo-Stockton, Sruti Bhaumik, and Kuawanda Ragland, individually and as the representatives of a class of similarly-situated persons,

By: s/ Patrick J Solberg
One of their attorneys

Brian J. Wanca
Patrick J. Solberg
Wallace C. Solberg
ANDERSON + WANCA
DuPage County Firm # 11575
3701 W. Algonquin Rd. Ste 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
bwanca@andersonwanca.com
psolberg@andersonwanca.com
wsolberg@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I electronically filed the foregoing Motion for Class Certification with the Clerk of the Court using the court's electronic filing system which will send notification of such filings to all counsel of record and a copy will be served upon Defendant along with the Summons and Complaint.

/s/ Patrick J. Solberg

2